FILED

JUL 2 3 2013

Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LESLIE ROSS OLSON,<br><br>Defendant. | CR 09-117-GF-DLC<br><br>ORDER |

This case was referred to United States Magistrate Judge Keith Strong for a revocation hearing and findings and recommendations. Judge Strong entered findings and recommendations on July 1, 2013. Defendant admitted he had violated Special Condition 4 by consuming alcohol. Judge Strong found the admission sufficient to establish the supervised release violation. He recommended that this Court revoke Defendant's supervised release and commit him to the custody of the United States Bureau of Prisons for a term of imprisonment of 6 months, to be followed by 24 months of supervised release.

No objections were filed by either party. Judge Strong's findings and recommendations are therefore reviewed for clear error. *McDonnell Douglas Corp. Commodore Bus. Mach, Inc.*, 656 F.2d 1309, 1319 (9th Cir. 1981).

This Court agrees with Judge Strong's findings. Defendant admitted that he violated Special Condition 4. The United States Sentencing Guidelines call for a term of imprisonment of 4 to 10 months. Defendant could also be sentenced to 24 months of supervised release, less any custodial time imposed. A sentence of 6 months in custody followed by 24 months of supervised release is appropriate because the current violation occurred after his probation officer had warned him on two prior occasions for other alleged violations, and a lengthy term of supervised release will help him in his struggle against alcohol addiction.

IT IS ORDERED that Judge Strong's Findings and Recommendations (doc. 40) are ADOPTED in full and Judgment shall be entered accordingly.

Dated this 23rd day of July, 2013

Dana L. Christensen, Chief Judge
United States District Court